IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| FANIQUE BURNELL, | ) | 26-CV-00046-HG-KJM |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| BEVERLY A. TIMINSKI, | ) | |
| MICHAEL T. ROBINSON, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**ORDER ADOPTING WITH MODIFICATION THE MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION TO (1) DISMISS COMPLAINT WITH LEAVE TO AMEND AND (2) DENY APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS (ECF No. 18)**

On March 9, 2026, the Magistrate Judge filed the Findings and Recommendation. (ECF No. 18). No written objections to the proposed Findings and Recommendation have been filed by any party.

Documents sent to Plaintiff's address of record, to include the proposed Magistrate Judge's Findings and Recommendation, have been returned to the Court as undeliverable. Plaintiff has not filed a Notice of Change of Address indicating his current address for service.

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the Findings and Recommendation to (1) Dismiss Complaint with Leave to Amend and (2) Deny Application to Proceed in District Court Without Prepaying Fees or Costs (ECF No. 18) is **ADOPTED**

**WITH MODIFICATION** as the Order of this Court.

<u>**MODIFICATION**</u>:

<u>**PROCEDURAL HISTORY**</u>

On February 17, February 27, and March 2, 2026, documents previously served by the Court via First Class Mail to Plaintiff's address of record were returned to the Court as undeliverable.  (ECF Nos. 13, 15, 16).

On March 6, 2026, the Magistrate Judge issued an Order directing Plaintiff to review and comply with Rule 83.1(e) of the Local Rules regarding change of address and contact information. (ECF No. 17).

On March 9, 2026, the Magistrate Judge issued the Findings and Recommendation to (1) Dismiss Complaint with Leave to Amend and (2) Deny Application to Proceed in District Court Without Prepaying Fees or Costs.  (ECF No. 18).

On March 9, 2026, the Findings and Recommendation was served by First Class Mail to Plaintiff's address of record.  (<u>Id.</u>)

On March 16 and March 24, 2026, the Findings and Recommendation and other documents served by First Class Mail to Plaintiff's address of record were returned to the Court as undeliverable.  (ECF Nos. 19, 20, 22).

**ANALYSIS**

Rule 83.1(e) of the Local Rules of Practice for the United States District Court for the District of Hawaii requires a self-represented litigant to file notice with the Court if his contact information changes.  This includes changes to an email address, post office box, physical mailing address, fax number, or telephone number.  The litigant must file a Notice of Change of Address.  He must serve the Notice on all other parties.  The litigant must do this within fourteen days of any change to his contact information.

Failure to comply with this rule may result in sanctions. See, e.g., LR11.1; LR81.1(a); LR83.1(e)(2).  Sanctions may include fines, dismissal of the case, or entry of judgment.

**CONCLUSION**

1.   The Court **DIRECTS** Plaintiff to review and comply with Rule 83.1(e) of the Local Rules of Practice for the United States District Court for the District of Hawaii regarding change of address and contact information.  Plaintiff **MUST FILE** a Notice of Change of Address with the Court.  Plaintiff must serve the Notice on all other parties.

2.   The Complaint (ECF No. 1) is **DISMISSED**.  Plaintiff is granted leave to file an Amended Complaint that cures all

3

deficiencies identified in the Findings and Recommendation on or before **Friday, May 1, 2026.**

3.    The Application to Proceed Without Prepayment of Costs (ECF No. 9) is **DENIED.**  Plaintiff is granted leave to file another Application to Proceed Without Prepayment of Costs if Plaintiff chooses to file an Amended Complaint.

4.    Failure to file an Amended Complaint and an Application to Proceed Without Prepayment of Costs in full conformance with the Federal Rules of Civil Procedure, the District of Hawaii Local Rules, and the Orders of this Court on or before the deadline will result in the automatic dismissal of this action.


IT IS SO ORDERED.

Dated: Honolulu, Hawaii, March 31, 2026.



Helen Gillmor
United States District Judge


**Fanique Burnell v. Beverly A. Timinski, Michael T. Robinson**;
26-cv-00046-HG-KJM; Order Adopting With Modification the Findings
and Recommendation (1) Dismiss Complaint with Leave to Amend and
(2) Deny Application to Proceed in District Court Without
Prepaying Fees or Costs (ECF No. 18).

4